UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| NATHEN BARTON | CASE NO. |
|---|---|
| Plaintiff, | |
| VS. | JUDGE |
| SOPI FINANCIAL, LLC, TOP HEALTHCARE SOLUTIONS, LLC, ADROIT HEALTH GROUP, LLC, AND JOHN DOE 1-10 | MAGISTRATE JUDGE |
| Defendants. | |

NOTICE OF REMOVAL

Defendant Adroit Health Group, LLC ("Adroit") hereby gives notice and removes this action from the Clark County District Court for the State of Washington, pursuant to 28 U.S.C. §1441 and §1446, and based on the Court's jurisdiction under 28 U.S.C. §1331. In support of this removal, and reserving all rights, objections, defenses and motions, Adroit asserts the following:

NOTICE OF REMOVAL – 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

1.

On November 22, 2021, plaintiff Nathen Barton ("Barton" or "Plaintiff") filed his Original Complaint for a Civil Case and Injunctive Relief ("State Court Complaint") in the matter entitled "*Nathen Barton v. Sopi Financial, LLC, Top Healthcare Solutions, LLC, Adroit Health Group, LLC, and John Doe 1-10,*" No. 21C5747-6, In the District Court of State of Washington, Clark County.

2.

Adroit has attached a copy of Barton's state court complaint (the "State Court Complaint") as Exhibit "1" to this notice. In addition, Adroit has attached copies of the entire state court record at the time of the removal, as Exhibit "2" (*in globo*) to this notice.

**Removal Jurisdiction**

3.

This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §1331 because the State Court Complaint asserts violations of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, *et seq.*, and the federal Racketeer Influenced and Corrupt Influences Act ("RICO"), 28 U.S.C. §1961, *et seq*. The State Court Complaint also asserts claims under Washington state law (RCW 19.158.050, RCW 19.158, RCW 80.36.390(2), RCW 80.36.390(3), RCW 80.36.400).

NOTICE OF REMOVAL – 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

**Venue**

4.

The State Court Complaint alleges that Barton is a resident of Clark County, Washington, and that all of "the acts alleged in this complaint occurred in Clark County, Washington State." *See* State Court Complaint, Section III, p. 3. Consequently, venue is proper in this case pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claims allege claims arise in the Western District of Washington.

**Background Events and Information**

5.

Adroit provides certain types of cost-effective insurance products, including medical insurance, prescription drug benefit plans, dental and vision insurance, supplemental insurance plans, term-life insurance and disability insurance.

6.

In the State Court Complaint, Barton alleges that Adroit and the other Defendants violated the provisions of the TCPA and Washington state law by placing unsolicited telephone calls to him, seeking to sell him health care insurance. The State Court Complaint alleges that Adroit and the other Defendants made twenty-three unsolicited and illegal phone calls to him.

7.

The State Court Complaint alleges the telephone calls from the Defendants took place between May 3, 2021 and October 20, 2021.

NOTICE OF REMOVAL – 3

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

8.

The State Court Complaint alleges that each of these unsolicited and illegal phone calls, along with the collective conduct of the Defendants, amounted to violations of the TCPA, RICO, and Washington state law, allowing Barton to recover damages (including treble damages), attorney's fees, as well as injunctive relief.

**Timeliness of Removal and Consent By United**

9.

Generally, under 28 U.S.C. §1446, a notice of removal must be filed within 30 days of receipt by the defendant, by service or otherwise, of the initial pleading setting forth the claim for relief. *See* 28 U.S.C. §1446(b)(1).

10.

Adroit was served with (and first received) the State Court Complaint through its agent for service of process on November 30, 2021.

11.

Because this notice of removal is being filed within 30 days of when Adroit was served with the State Court Complaint, as well as within 30 days of when each of the other defendants was served, the removal notice is timely.

**Compliance with Removal Procedure**

12.

Pursuant to 28 U.S.C. §1446(d), promptly after filing this notice of removal, Adroit will serve a copy of this notice on Barton and will promptly file a copy of

NOTICE OF REMOVAL – 4

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
206/624-2800
Fax: 206/624-2805

this notice with the Clerk of Court for the Clark County District Court, Clark County Washington.

**Reservation of Rights**

13.

Adroit expressly reserves all rights, defenses, objections and motions that it could have raised in response to the State Court Complaint when filed.

Respectfully submitted,

**SIDERIUS LONERGAN & MARTIN, LLP**

 s/     *Michael Siderius*
Michael Siderius, WSBA #25510
500 Union Street, Suite 847
Seattle, WA 98101
Telephone: (206) 624-2800
Facsimile:  206/624-2805
Email:  michaels@sidlon.com

*Attorney for Defendant Adroit Health Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington, that on December 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Nathen Barton
>4618 NW 11th Cir.
>Camas, WA 98607

NOTICE OF REMOVAL  – 5

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON  98101
206/624-2800
Fax: 206/624-2805

1   Sopi Financial, LLC
    c/o Flamur Sopi, Registered Agent
2   9506 SW 1st Court
    Coral Springs, FL  33071
3
    Top Healthcare Solutions, LLC
4   c/o John A. Mahaney, IV, Registered Agent
    600 Fairway Drive, Suite 108
5   Deerfield, FL  33441

6   DATED this 29th day of December, 2021.

7                   /s/  Michael Siderius
                    Michael Siderius
8

NOTICE OF REMOVAL  – 6

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON  98101
206/624-2800
Fax: 206/624-2805